UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 02086
    KARYN ALBANO
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-6730


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/07/2007 and was confirmed 07/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

      The case was dismissed after confirmation 04/10/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 1800.00 | .00 | 1800.00 |
| HOMEQ SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING | MORTGAGE ARRE | 10862.27 | .00 | 1513.70 |
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 2569.10 | .00 | 358.01 |
| HOMECOMINGS FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| HOMECOMINGS FINANCIAL | MORTGAGE ARRE | 1604.28 | .00 | 223.56 |
| HOMECOMINGS FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| HOMECOMINGS FINANCIAL | MORTGAGE ARRE | 617.90 | .00 | 86.11 |
| PROPERTY PARTNERS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 659.48 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 689.81 | .00 | .00 |
| HEALTHCARE ASSOC CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA/HSBC CA | UNSECURED | 909.14 | .00 | .00 |
| MEDICAL RECOVERY SPECIAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 15698.95 | .00 | .00 |
| HOMEQ SERVICING CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 983.66 | .00 | .00 |
| ALEXANDRA B LEWYCKY | REIMBURSEMENT | 26.00 | .00 | 26.00 |
| PHILLIP J ROTCHE & ASS | UNSECURED | NOT FILED | .00 | .00 |
| ALEXANDRA B LEWYCKY | DEBTOR ATTY | 2,500.00 | | 2,500.00 |
| TOM VAUGHN | TRUSTEE | | | 532.62 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,040.00 | |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 02086 KARYN ALBANO

```
PRIORITY                                              26.00
SECURED                                            3,981.38
UNSECURED                                               .00
ADMINISTRATIVE                                     2,500.00
TRUSTEE COMPENSATION                                 532.62
DEBTOR REFUND                                           .00
                        ---------------    ---------------
TOTALS                         7,040.00          7,040.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                         PAGE   2
           CASE NO. 07 B 02086 KARYN ALBANO